**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KUI LIN,

Petitioner,

-against-

TODD BLANCHE, *in his official capacity as U.S. Attorney General*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operation*; DAVID J. VENTURELLA, *in his official capacity as Acting Director, Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; and KENNETH GENALO, *in his official capacity as the Field Office Director for ICE EROs New York City Field Office*,

Respondents.

ORDER

26 Civ. 8415 (GBD)

GEORGE B. DANIELS, United States District Judge:

The hearing currently scheduled for October 8, 2026, at 10:00 a.m. is hereby adjourned to October 8, 2026, at 12:00 p.m.

Dated: October 5, 2026
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge