**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KUI LIN,

Petitioner,

-against-

TODD BLANCHE, *in his official capacity as U.S. Attorney General*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operation*; DAVID J. VENTURELLA, *in his official capacity as Acting Director, Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; and KENNETH GENALO, *in his official capacity as the Field Office Director for ICE EROs New York City Field Office*,

Respondents.

ORDER

26 Civ. 8415 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court hereby lifts the injunction entered on September 28, 2026, that prohibited Respondents from removing Petitioner from the United States. (ECF No. 8.) Respondents may transfer Petitioner outside of the districts enumerated in the Order to Show Cause, (*id.*,) in order to effectuate Petitioner's removal to the People's Republic of China.

Dated: October 28, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge